UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office, 300 State Street, Suite 120 Springfield, MA 01105 413-785-6805

TO: Robin D. Talbora, Clerk of Court,   Our Case No.: CA 3:17-CV-10234-MGM
    U.S. District Court for the District   Case Caption: Morales, et al., v. Advanced
    of Connecticut. 141 Church Street   Detailing Concepts, et al.,
    New Haven, CT 06510

Please be advised that this case has been transferred to: U.S. District Court, Western District of New York.

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
- Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
- Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later. If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at maurice_lindsay@mad.uscourts.gov with your court's case information.

Thank You

By: /s/ Maurice G. Lindsay
Date: 8/30/17              Deputy Clerk